# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RYAN WIRTH, JOSEPH BURNS, ) <br> CHRISTOPHER WIORA, PATRICK SENZIG, ) <br>           Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> _____ ) <br> MEREDITH EXPRESS, INC., ROGER DALE ) <br> CHRISP, ROBERT CHRISP, JR., STATE FARM ) <br> MUTUAL AUTOMOBILE INSURANCE ) <br> COMPANY, SOCIETY INSURANCE, ) <br> AMERICAN FAMILY HOME INSURANCE and ) <br> AUTO CLUB PROPERTY-CASUALTY ) <br> INSURANCE COMPANY, ) <br>           Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:09CV-38-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that pursuant to the court's order dated August 10, 2009, this action is hereby DISMISSED without prejudice as to defendants Meredith Express, Inc., Roger Dale Chrisp and Roger Chrisp Jr., for failure to make timely service upon these defendants in accordance with Rule 4(m).

      IT IS FURTHER ORDERED, that defendant Society's Motion to Dismiss is ALLOWED and this action is DISMISSED. Any other pending motions are necessarily DENIED as moot. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 9, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Frank A. Cassiano, Jr.
P.O. Box 7383
Greenville, NC 27835

Dena White Waters
200 Commonwealth Court, Suite 200
Cary, NC 27511

Bryan T. Simpson
Jacob Holmes Wellman
P.O. Box 19207
Raleigh, NC 27619-9207

Kirk Alan Parry, Jr.
P.O. Box 2611
Raleigh, NC 27602

Jonathan Paul Ward
Paul D. Coates
P.O. Box 4848
Greensboro, NC 27404


October 9, 2009                                        DENNIS P. IAVARONE
Date                                                          Clerk of Court

                                                          /s/ Susan K. Edwards
*Wilmington, North Carolina*                         *(By) Deputy Clerk*